IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL H. GOVIND,<br>      Plaintiff,<br>      vs.<br><br>WARDEN T. FELKER, ET AL<br>      Defendants. | No. 06 CIV-02467 Consolidated with<br>08 CIV-01183 ODW<br><br><br><br><br>ORDER |

      Plaintiff has requested that case number 08 CIV 01183 be joined with the earlier filed case number 06 CIV-02467. In addition, Plaintiff has requested to be supplied with forms on which to file an amended complaint together with 20 summonses.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's Jan 20, 2009 motion/request for joinder of both of his cases is granted. Case 08 CIV-01183 is consolidated for all purposes with 06 CIV-02467; and

      2. Because Plaintiff has on February 20, 2009 filed a prolix amended Complaint, this request is moot.

DATED: March 6, 2009

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

1