IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL H. GOVAND, | ) | |
| Plaintiff, | ) | No. 2:06-CV-02467-ODW |
| vs. | ) | |
| | ) | |
| WARDEN T. FELKER, ET AL | ) | |
| Defendants. | ) | <u>ORDER</u> |

Plaintiff has requested (1) appointment of counsel, (2) a trial by jury, (3) issuance of summons, (4) and an order to show cause why the relief prayed for in his amended complaint should not be granted. After consideration to the moving papers:

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request for appointment of counsel is DENIED.

2. The request for trial by jury is GRANTED.

3. The request for issuance of summons is GRANTED and the Clerk is ordered to provide Plaintiff with 20 summons.

4. Plaintiff's request for an OSC is DENIED

DATED: April 9, 2009

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

1