# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:06-cv-02467-ODW | Date | October 6, 2009 |
|---|---|---|---|
| Title | Daniel H. Govind v. Felker, et al. | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):** **Order Denying Motion to Stay Due to Placement In Administrative Segregation Unit [17] (Filed 10/29/08)**

The Court hereby DENIES the above-referenced motion.

IT IS SO ORDERED.

:   00

Initials of Preparer   RGN