IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DANIEL H. GOVIND, | ) No. 2:06 CV 02467 ODW(PC) |
| Plaintiff, | ) Consolidated with 2:08-CV-01183 ODW(PC) |
| vs. | ) ORDER |
| WARDEN FELKER, D. L. RUNNELS, and M. MCDONALD, | ) |
| Defendants | ) |

    Plaintiff has filed a motion to correct the "court error made on case No. 2:06-CV-02467ODW, because that case was consolidated together (sic) with Case No. 2:08-CV-01183 ODW."  [#31] the  motion fails to specify the nature of the error sought to be corrected That order merely denies Plaintiff's motion to stay proceedings.

    Rule 7(b)(1) of the Rules of Civil Procedure require that motions state with particularity the grounds for seeking the order and state the relief sought.  This

1  motion does neither and is therefore deficient.  On that basis, the motion is
2  denied.
3
4  DATED: March 23, 2011                    _____
5                                              OTIS D. WRIGHT, II, DISTRICT JUDGE