IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DANIEL H. GOVIND,<br><br>      Plaintiff,<br><br>vs.<br><br>WARDEN FELKER, D. L. RUNNELS,<br>and M. MCDONALD,<br><br>      Defendants | No. 2:06 CV 02467 ODW<br><br>ORDER GRANTING MOTION TO<br>DISMISS HOLMES AND GOWER |

Defendants Holmes and Gower bring a motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(6) on the ground that the First Amended Complaint contains no allegations whatsoever against these two defendants [37-1]. A careful review of the prolix pleading supports that claim and these defendants are dismissed without prejudice. Twenty days leave to amend.

DATED: March 25, 2011    _____

OTIS D. WRIGHT, II, DISTRICT JUDGE