IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL H. GOVIND, | No. 2:08 CV-01183 ODW<br>Consolidated  with<br>2:06CV 02467 |
| Plaintiff, | |
| vs. | ORDER |
| WARDEN FELKER, D. L. RUNNELS, | |
| Defendants | |

    It has been brought to the court's attention that Plaintiff is resisting appearing for his deposition.  Plaintiff is reminded that compliance with discovery is not optional.  Failure to submit to a duly noticed deposition without cause will result in dismissal of this case.

DATED: June 14, 2011

_____

OTIS D. WRIGHT, II, DISTRICT JUDGE

1