**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
Sacramento, CA 95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
LaKeysia R. Beene, CSB

Attorneys for defendants
OBERST, FIEGENER, FLAHERTY, NICHOLS, GAMBERG, RUNNELS, LAMBERTON, JAMES, GARRISON, ROCHE, HARRISON, GORDON, SPANGER, WAGNER, ARMETTA, KOPEC, TASI and HUNSAKER

### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GOVIND,<br><br>    Plaintiff,<br><br>v.<br><br>VEAL, ET AL.<br><br>    Defendants. | CASE NO: 2:08 CV 01183 ODW<br>Consolidated with<br>2:06-CV-02467-ODW<br><br>**ORDER GRANTING DISMISSAL OF VARIOUS DEFENDANTS** |

Pursuant to the parties' stipulation filed June 20, 2011 (Docket No. 67), it is ordered that the following defendants are dismissed with prejudice from the case of *Govind v. Veal, et al.* 2:06 CV 02467:

  OBERST, FIEGENER, FLAHERTY, NICHOLS, GAMBERG, RUNNELS, LAMBERTON, GARRISON, HARRISON, GORDON, SPANGER, WAGNER, ARMETTA, KOPEC and TASI.

**IT IS SO ORDERED.**

Dated: June 20, 2011        _____
                  Otis D. Wright, II, Judge, UDSC