1

2

3

4

5

6

7

8

9

10

11

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

12  DANIEL H. GOVIND,                    )   No. 2:06 CV 02467  Consolidated with
                                        )
13                    Plaintiff,        )       2:08 CV-01183 ODW
                                        )
14  vs.                                 )
                                        )           ORDER
15                                      )
                                        )
16  VEAL, et al                         )
                                        )
17                                      )
                                        )
18                    Defendants        )
    _____

19

20      On April 20, 2011 Plaintiff filed his "Motion to Object and Opposition to

21  Defendant's (sic) Attorney / Williams and Associates to Dismiss Plaintiff Civil

22  Right Claim under sect § 1983 Should Be Denied." [61] In it, he "moves [the]

23  copurt to Discharge the following defendants from this civil proceeding:

24  Defendants Oberst, Fiegener, [Fiegner], Flaherty, Nuchols, [Nichols],

25  Gamgury,[Gamburg], Runnels, Lamberton, Garrison, Harrison, Gorden,

26  Holmes, Gower, Wagner, Koped's, [Kopec], **Jackson**, Martinez, **Coles**, Bates,

27  **Hale**, **Micone**, **McDonald**, Spangle, and Tasi and Ms. Armetta [Armitta]."

28      ///

1    On the same day, Defendants filed a statement of non-opposition.  [59]

2  The names in **bold** do not appear on the docket as defendants.  In any event,

3  the court hereby GRANTS plaintiff's motion of dismissal and the above

4  mentioned defendants are hereby DISMISSED from this action.  With respect

5  to the defendants who do not appear on the docket, they too are dismissed

6  on motion of the plaintiff.

7

8

9  DATED: June 17, 2011            _____

10                                  OTIS D. WRIGHT, II, DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28